# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | Case No. 2:21-mj-0180 |
| v. | : | |
| **DOUGLAS G. SCHIFER,** | : | Magistrate Judge Elizabeth P. Deavers |
| Defendant. | : | |

## ORDER

Upon the parties' joint motion (ECF No. 10), the Court hereby finds that there is good cause shown to grant an extension of time to return an Indictment or file an Information. The parties are in agreement that a brief extension would permit them time to negotiate. The ends of justice served by the granting of a continuance outweigh the best interests of the public and the defendant in a speedy trial. A finding of good cause creates excludable time which is consistent with 18 U.S.C. § 3161(h)(7)(A). Accordingly, the Court **GRANTS** an extension to **JUNE 1, 2021**, in which to return an Indictment or Information pursuant to 18 U.S.C. § 3161(b).

**IT IS SO ORDERED.**

**DATE: April 16, 2021**         /s/ *Elizabeth A. Preston Deavers*
**ELIZABETH PRESTON DEAVERS**
**UNITED STATES MAGISTRATE JUDGE**