IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

    v.                                    NO. 2:21-MJ-180
                                            MAGISTRATE JUDGE DEAVERS

DOUGLAS G. SCHIFER

## NOTICE OF APPEARANCE (CO-COUNSEL)

Heather A. Hill, Assistant United States Attorney, hereby gives notice to the Court and to the defendant that she is entering an appearance as co-counsel for the United States in the above captioned case, and requests that copies of all papers filed in this action be served upon her at the following address:

303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Heather.Hill@usdoj.gov

                                                   Respectfully submitted,
                                                   VIPAL J. PATEL
                                                   Acting United States Attorney

                                                   s/ Heather A. Hill
                                                   HEATHER A. HILL (IL 6291633)
                                                   Assistant United States Attorney
                                                   303 Marconi Boulevard, Suite 200
                                                   Columbus, Ohio 43215
                                                   (614) 469-5715
                                                   Fax: (614) 469-5653
                                                   Heather.Hill@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served electronically via CM/ECF to all parties of record this 22nd day of April, 2021.

                                                   s/ Heather A. Hill
                                                   HEATHER A. HILL (IL 6291633)
                                                   Assistant United States Attorney